# UNITED STATES DISTRICT COURT
for the
Federal District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 30 2014
MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Philip MADDALENI | ) | |
| and | ) | |
| Anthony CHEUN | ) | 14mj273 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/29/2014__ in the county of __Bernalillo__ in the
__Federal__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possess with Intent to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| 21 U.S.C. 841(b)(1)(A) | |

This criminal complaint is based on these facts:

See attached sheet

☑ Continued on the attached sheet.

*Complainant's signature*

Kevin J. Small, Special Agent DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __1/30/2014__

Robert H. Scott
*Judge's signature*

City and state: __Albuquerque, New Mexico__

ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

On January 29, 2014, Special Agents(SA) Kevin Small and Jarrell Perry and Task Force Officer Jonathan Walsh were at the Amtrak Train Station in Albuquerque New Mexico when Amtrak Train Number 4 arrived from Los Angeles, California.

SA Small boarded Sleeper Car 431 and went to room D and knocked on the door. A man later identified as Philip MADDALENI opened the door. SA Small identified himself as a police officer and asked for and received permission to speak to him. After a short conversation a second man, later identified as Anthony CHEUN walked out of room D and into the hallway. SA Small asked for and received permission to speak to him. Both CHEUN and MADDALENI were traveling together from Flagstaff, Arizona to Chicago, IL. SA Small asked for and received permission to search MADDALENI's luggage. MADDELANI entered the room and shut the door a short time later MADDALENI opened the door and SA Small observed a black suitcase lying on the bed and the suitcase was already opened. SA Small asked MADDALENI if the black suitcase was his suitcase and MADDALENI stated it was his suitcase. SA Small asked for permission to enter the room and to search the suitcase which MADDALENI granted. A search of MADDALENI's suitcase by SA Small revealed four (4) plastic containers hidden in the pant legs of jeans in the suitcase. SA Small immediately recognized the containers to contain illegal drugs specifically methamphetamine. MADDALENI was arrested by TFO Walsh.

SA Small informed CHEUN that MADDALENI was under arrest. SA Small asked CHEUN if he had any luggage in the room. CHEUN identified a grey suitcase as his suitcase. SA Small asked for and received permission to search CHEUN's suitcase. Pursuant to that consent search SA Small located a white gift sack that was taped shut with clear tape. SA Small asked CHEUN for permission to search the white gift sack and CHEUN denied SA Small consent to search the wife gift sack. A further search of the grey suitcase revealed two new glass pipes which SA Small knew to be used to smoke methamphetamine, marijuana and or crack cocaine. CHEUN was arrested by SA Perry.

CHEUN and MADDALENI and all their personal property were transported to the Albuquerque District Office of the Drug Enforcement Administration(DEA).

At the DEA Office SA Small weigh the four plastic containers seized from MADDALENI's luggage and they weighed 2.05 gross kilograms. SA Small field tested the suspected methamphetamine and he received a positive reaction for methamphetamine.

SA Small prepared a Federal Search Warrant for the white gift sack found in CHEUN's luggage and presented it to United States Magistrate Judge Robert Scott. Judge Scott signed the search warrant and SA Small executed the warrant at the DEA Office. Pursuant to the search warrant SA Small seized 1.60 gross kilograms of methamphetamine. SA Small field tested the suspected methamphetamine and he received a positive reaction for methamphetamine.

_____
Kevin J. Small, Special Agent DEA

_____
United States Magistrate Judge

ROBERT HAYES SCOTT
STATES MAGISTRATE JUDGE