CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE      ROBERT H. SCOTT, U. S. Magistrate Judge

KIND OF HEARING  INITIAL PRESENTMENT

DEFENDANTS:

ANTHONY CHEUN                    CASE NO.  14MJ273

DATE: January 30, 2014     Clerk: C. Lopez

NAMES AND TITLES OF OTHER PARTICIPANTS:

Niki Tapia-Brito    AUSA              Pro Se Ret-CJA-AFPD

Sandra Avila-Toledo  PTS/PROB         None Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

HONDO

9:58 am          Court
9:59 am          end

(1min)

HEARING RESULTS/FINDINGS:

X    Defendant sworn

X    Defendant advised of rights.

X    Defendant wants court appointed attorney

X    Government moves to detain.

X    Defendant(s) remanded to custody

     Conditions of Release set at:

X    Other: FIRST APPEARANCE; Detention/preliminary set for 1/31/2014 @ 9:30 am.