# CLERK'S MINUTES OF HEARING HONDO COURTROOM

HEARINGS BEFORE    ROBERT H. SCOTT, U. S. Magistrate Judge

KIND OF HEARING **DETENTION/PRELIMINARY**

DEFENDANTS:

| | | |
|---|---|---|
| PHILIP MADDALENI, ANTHONY CHEUN | CASE NO. 14MJ273 | Clerk: C. Lopez |
| | DATE: January 31, 2014 | |

NAMES AND TITLES OF OTHER PARTICIPANTS:

Mark Baker   AUSA            John Robbenhaar for Philip Maddaleni -AFPD
                             Dan Tallon for Anthony Cheun- CJA

Sandra Avila-Toledo  PTS/PROB    None Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

HONDO

| | |
|---|---|
| 9:43 am | Robbenhaar |
| 9:43 am | Baker-DEA K. Small |
| 9:51 am | Tallon-DEA K. Small |
| 10:13 am | Robbenhaar-DEA K. Small |
| 10:17 am | Court |
| 10:18 am | Tallon |
| 10:20 am | Baker |
| 10:22 am | Robbhaar |
| 10:25 am | end |

(42mins)

HEARING RESULTS/FINDINGS:

**X**    Defendant sworn.

☐    Defendant waives Preliminary Hearing

☐    Defendant stipulates to detention at this time.

**X**    Court finds probable cause.

**X**    Defendant(s) in custody

☐    Conditions of Release set at:

☐    Other