FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 2 2014

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**PHILIP MADDALENI** and **ANTHONY CHEUN**,<br><br>Defendants. | CRIMINAL NO. 14-415 JP<br><br>Count 1: 21 U.S.C. § 846: Conspiracy;<br><br>Count 2: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A): Possession with Intent to Distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting;<br><br>Count 3: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C): Possession With Intent to Distribute a Mixture and Substance Containing Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 29, 2014, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendants, **PHILIP MADDALENI** and **ANTHONY CHEUN**, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense against the United States, specifically, distribution of a controlled substance, a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1).

Quantity of Methamphetamine Involved in the Conspiracy

It is alleged that, with respect to **PHILIP MADDALENI**, the conspiracy involved 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, contrary to 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 846.

Count 2

On or about January 29, 2014, in Bernalillo County, in the District of New Mexico, the defendant, **PHILIP MADDALENI**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); 18 U.S.C. § 2.

Count 3

On or about January 29, 2014, in Bernalillo County, in the District of New Mexico, the defendant, **ANTHONY CHEUN**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

02/05/14  1:41PM

2