# ARRAIGNMENT MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
Albuquerque

| CR 14-415 JP | UNITED STATES vs. Maddaleni, et al |
|---|---|

**Before The Honorable STEPHAN M. VIDMAR, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 2/19/2014 | Total Time: | 2 minutes |
| AUSA: | N. Tapia-Brito | Liberty: | Gila @ 9:43 a.m. |
| Defense Counsel: | Ed Bustamante | Clerk: | E. Romero |
| Probation/PTS | S. Avila-Toledo | Interpreter: | n/a |
| Deft's Name: | Philip Maddaleni & Anthony Cheun | YOB: | |

| | |
|---|---|
| X | Defendants sworn |
| X | Defts questioned re physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. |
| X | Defts received a copy of the SS Indictment |
| X | Defts questioned re time to consult with attorney regarding the penalties |
| X | Defts do not want SS Indictment read in open court |
| X | Defts waive reading of SS Indictment |
| X | Defts are ready to plead |
| X | Defendants enter plea of NOT GUILTY to all counts |
| X | Meet and Confer: 3/1/2014 |
| X | Motions due by:   3/11/2014 |
| X | Case assigned to: Judge Parker |
| X | Trial set on trailing docket: TO BE NOTIFIED |
| X | Defendants remanded to custody of USMS |
| | Defendant released: |
| X | Discovery Order electronically filed |
| | First Appearance of Defendant |
| | Other Matters: |