IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                CR No. 14-415 JP

ANTHONY CHEUN,

        Defendant.

## ORDER

THIS MATTER having come before the Court on the defendant Anthony Cheun's unopposed motion for an order releasing him from custody to the third-party custody of Annie Cheun, and the Court being otherwise fully advised in the premises finds the motion is well taken and hereby,

ORDERS that Anthony Cheun be released from custody to the third party custody of Annie Cheun with the following conditions:

    a.    Mr. Cheun is to reside with Annie Cheun in Chicago, Illinois.

    b.    Mr. Cheun will be required to attend and complete an intensive drug treatment program while under the supervision of pre-trial services.

    c.    Mr. Cheun shall be prohibited from communicating with the co-defendant -- directly or through a third-party.

    d.    Mr. Cheun shall be prohibited from possessing any firearms.

    e.    Mr. Cheun shall be prohibited from possessing any alcohol, drugs or other intoxicants, attend counseling and drug and alcohol testing, as directed by pre-trial services officer.

    f.    Mr. Cheun will be prohibited from travel outside of the Chicago, Illinois

      area unless it is travel to New Mexico for Court hearings or visits with his attorney.

g.     Mr. Cheun shall abide by All other standard conditions of release.

IT IS SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE