# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

                                    Case No. **1:14-cr-00415-JAP-2**

-vs-

**Anthony Cheun**
    **Defendant**

### ORDER AMENDING CONDITIONS OF RELEASE

**IT IS HEREBY ORDERED** that the defendant's Order Setting Conditions of Release be amended to require him to undergo an mental health evaluation, and participate in mental health counseling/treatment, as deemed appropriate by Pretrial Services

_____
Honorable James Parker
Senior United States District Judge