IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

    vs.                                    CR No. 14-415 JP

ANTHONY CHEUN,

        Defendant.

## NOTICE OF LODGING

(Re Government's Response To Defendant's Motion To Suppress, Doc. 49)

The United States of America notifies the Court that a disc containing Government's Exhibit 1, an audio clip of the encounter, which is related to and referenced in the United States Response to Defendant's Motion to Suppress filed August 26, 2014, (doc. 37), was hand delivered to the clerk's office of the United States District Court in Albuquerque, New Mexico and to the Honorable Senior United States District Judge James A. Parker's chambers at the United States District Court in Albuquerque, New Mexico.

The United States requests that the referenced Exhibit 1, the audio of the encounter, be attached to the United States Response to Defendant's Motion to Suppress (doc. 49).

                                 DAMON P. MARTINEZ
                                 United States Attorney

                                 *Electronically filed*

                                 WILLIAM J. PFLUGRATH
                                 Assistant U.S. Attorney
                                 P.O. Box 607
                                 Albuquerque, New Mexico  87103
                                 (505) 346-7274

I HEREBY CERTIFY that I electronically filed
the foregoing with the Clerk of the Court
using the CM/ECF system which will send
notification to opposing counsel of record.

_Filed Electronically_
WILLIAM J. PFLUGRATH
Assistant United States Attorney