IN THE DISTRICT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                CR 14-415-JP

ANTHONY CHEUN,

        Defendant.

## **NOTICE OF UNAVAILABILITY**

      Undersigned counsel Erlinda O. Johnson, Esq., hereby gives notice that she will be out of the country and unavailable from May 18 – 23, 2015, and thus unable to appear for any hearings in the above-captioned matter during those time periods.

                                              Respectfully Submitted,

                                              electronically filed on 3/17/15
                                             ERLINDA O. JOHNSON
                                             Attorney at Law
                                             1110 Second Street, NW
                                             Albuquerque  NM  87102
                                             505/792-4048
                                             505/792-2268 FAX

I hereby certify that a true and correct
Copy of the foregoing was e-mailed via
CM-ECF to all counsel on this 17th
day of March, 2015.

_____/s/_____
Erlinda O. Johnson