IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
         Plaintiff,

vs.                                     No. CR 14-415 JP

ANTHONY CHEUN,
         Defendant.

## **ORDER**

THIS MATTER having come before the Court on the defendant Anthony Cheun's unopposed motion for an order modifying his conditions of release, and the Court being otherwise fully advised in the premises finds the motion is well taken and hereby,

ORDERS that Anthony Cheun may relocate from Chicago, Illinois to Ruskin, Florida to reside with his third-party custodian at 1801 Palm Warbler Lane, Ruskin, FL 33570-7961, with the following conditions:

    a.    Mr. Cheun is to reside with Ann Cheun in Ruskin, Florida.

    b.    Mr. Cheun will be required to attend drug treatment program while under the supervision of pre-trial services.

    c.    Mr. Cheun shall be prohibited from communicating with the co-defendant -- directly or through a third-party.

    d.    Mr. Cheun shall be prohibited from possessing any firearms.

    e.    Mr. Cheun shall be prohibited from possessing any alcohol, drugs or other intoxicants, attend counseling and drug and alcohol testing, as directed by pre-trial services officer.

    f.    Mr. Cheun will be prohibited from travel outside of the Ruskin, Florida area unless it is travel to see his U.S. Pretrial Services officer and New Mexico for Court hearings or visits with his attorney.

    g.    Mr. Cheun shall abide by All other standard conditions of release.

It is so ordered.

                                            _____
                                            James A . Parker
                                            Senior United States District Judge