IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                          NO. CR 14-415-JP

ANTHONY CHEUN,

    Defendant.

### **ORDER GRANTING UNOPPOSED MOTION**
### **TO CONTINUE REPORTING DATE**

THIS MATTER having come before the court on defendant, Anthony Cheun's Unopposed Motion to Continue Reporting Date, and the Court being otherwise fully advised in the premises finds that the motion is well taken and will be granted.

IT IS ORDERED that the motion is granted, and that the date by which defendant, Anthony Cheun must surrender to the United States Bureau of Prisons designated facility (Tucson Satellite Camp), to begin service of his sentence is continued until October 7, 2015.

                                                      _____
                                                      SENIOR UNITED STATES DISTRICT JUDGE