IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                                )<br>            Plaintiff,                            )<br>                                                                )<br>    vs.                                                       )<br>                                                                )<br>ANTHONY CHEUN,                              )<br>                                                                )<br>            Defendant.                        ) | No. 14-CR-415-JAP |

**ORDER GRANTING DISMISSAL OF COUNTS 1 AND 2
OF INDICTMENT WITH PREJUDICE AS TO DEFENDANT ANTHONY CHEUN**

**THIS MATTER** came before the Court on the United States' Motion to Dismiss Counts 1 and 2 of the Indictment with Prejudice as to Defendant Anthony Cheun.   Having considered the reasons set forth in the motion, the Court finds the motion is well taken and should be **GRANTED**.

**IT IS ORDERED** that the Indictment in this matter be and hereby is Dismissed with Prejudice as to Defendant Anthony Cheun.

_____
THE HONORABLE JAMES A. PARKER
UNITED STATES DISTRICT JUDGE